**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SYED IBRAHIM HUSSAIN, SYED
MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN, BRIAN
GUEX and ROSELENE GUEX,

        Plaintiffs,

v.                                  Case No:   6:22-cv-1886-CEM-LHP

H. JAMES STADELMAN, INTERVAL
TITLE SERVICES, INC., JONATHAN
BLOOM, KHALID MUNEER,
JUPITER PROPERTIES, INC., JERRY
LADELLE SESSIONS, II , PRIME
INTERNATIONAL PROPERTIES,
LLC, PRIME INTERNATIONAL
PROPERTIES DUVAL, LLC, PRIME
INTERNATIONAL PROPERTIES
CLAY, INC., FAMILY MEDICINE
AND REHAB, INC. and SYED SAJID
HUSSAIN,

        Defendants

**ORDER**
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' EX-PARTE MOTION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES (Doc. No. 61)** |
| **FILED:** | February 24, 2023 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs, proceeding *pro se*, have filed an *ex parte* motion requesting an extension of the deadline for initial disclosures. Doc. No. 61. According to Plaintiff's supplement to the motion, Defendants do not oppose. Doc. No. 61-1.

Upon review, the motion fails to comply with Local Rule 3.01(a) because it does not include a memorandum of legal authority in support. The motion also fails to adequately explain why it has been filed *ex parte*.

Despite these deficiencies, the Court will extend the deadline for Plaintiffs' initial disclosures through **March 3, 2023**. *See* Fed. R. Civ. P. 26(a)(1)(C). The **Clerk of Court** is **DIRECTED** to remove the *ex parte* designation from the motion (Doc. No. 61) as well as this Order.

Plaintiffs are cautioned that all future filings made in this case must comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure"). Future non-compliant filings may be stricken or summarily denied

without further notice.   In addition, Plaintiffs shall not file any further motions in this case *ex parte*, without citation to legal authority demonstrating the propriety of that procedure.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties