**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SYED IBRAHIM HUSSAIN, SYED
MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN, BRIAN
GUEX and ROSELENE GUEX,

        Plaintiffs,

v.                                                                                  Case No:   6:22-cv-1886-CEM-LHP

H. JAMES STADELMAN, INTERVAL
TITLE SERVICES, INC., JONATHAN
BLOOM, KHALID MUNEER,
JUPITER PROPERTIES, INC., JERRY
LADELLE SESSIONS, II , PRIME
INTERNATIONAL PROPERTIES,
LLC, PRIME INTERNATIONAL
PROPERTIES DUVAL, LLC, PRIME
INTERNATIONAL PROPERTIES
CLAY, INC., FAMILY MEDICINE
AND REHAB, INC. and SYED SAJID
HUSSAIN,

        Defendants

**ORDER TO STRIKE**

      This cause comes before the Court on a Joint Stipulation for Dismissal Without Prejudice filed by Plaintiffs and counsel for Defendant Jonathan Bloom, in which these parties jointly ask the Court to dismiss Jonathan Bloom as a party,

without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).  Doc. No. 68.  No other parties have joined in the filing.  *Cf.* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Since its filing, the Joint Stipulation has been construed as a motion, and referred to the undersigned.

Upon consideration, given that the parties are requesting dismissal by Court Order under Rule 41(a)(2), the Court will require the parties to file a motion in compliance with the Local Rules and Federal Rules of Civil Procedure, setting forth the bases for why the requested relief should be granted.  *See generally Johnson v. Pringle Dev., Inc.*, No. 5:05-cv-37-Oc-10GRJ, 2006 WL 2189542, at *2 (M.D. Fla. Aug. 1, 2006) ("[A] voluntary dismissal under Rule 41(a)(2) requires a substantial role by the court for its effectuation: the plaintiff must move in writing to dismiss the action; the court must exercise discretion to approve or disapprove the motion; the court must decide whether to impose conditions on the moving party; and the dismissal is not valid unless the parties obtain a court order.").

Accordingly, the Joint Stipulation for Dismissal Without Prejudice (Doc. No. 68) is hereby **STRICKEN**.  On or before **May 9, 2023**, Plaintiffs and Jonathan Bloom shall file a motion in full compliance with the Local Rules and Federal Rules of Civil Procedure setting forth the bases for the requested relief.  Alternatively, by this same deadline, Plaintiffs may file a notice of dismissal with respect to Jonathan Bloom in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2023.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -